# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

JOHN STEVEN LUNG

              **V.**                        **JUDGMENT IN A CIVIL CASE**

MICHAEL CHERTOFF

                                 **CASE NUMBER:**   05CV1241-AJB

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of the defendants and against the Plaintiffs.

| November 1, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                             S/ Y. Madueno

                                            (By) Deputy Clerk

                                            ENTERED ON November 1, 2006